# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0170.  BRANDON HENRY v. BRIANA ELISE COLEMAN.**

On August 30, 2017, the trial court entered two orders, one granting Brandon Henry's petition for legitimation but declining to exercise jurisdiction over any custody matters pursuant to OCGA § 19-9-67 (c), and the other denying  his motion for contempt. On October 1, 2017, Henry filed an application for discretionary appeal in the Georgia Supreme Court, which transferred the case to this Court.  See *Henry v. Coleman*, Case No. S18D0258 (decided October 17, 2017).  We, however, lack jurisdiction.

A discretionary application must be filed within 30 days of entry of the judgment sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989); see also *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016) (filing deadline for discretionary applications "is jurisdictional, and this court is unable to accept an untimely application").  Because Henry filed this application 32 days after entry of the judgments he seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   11/28/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____  *Stephen E. Castlen* _____ *, Clerk.*